## Fwd: Judge Kimball Letter

Shirley Holman [holmanshirley6@gmail.com]
Sent: Wednesday, November 11, 2015 10:44 AM
To: S66026BO - Studio 6

Cc:

To the desk of the Honorable Judge Kimball:

I, Shirley Holman am writing you regarding Case #15-19002-EPK, dated October 13, 2015.

I write to you on my behalf, as I was never allowed a voice in the Mortgage Modification Hearing up until this point. I was told by my Mortgage Attorney, Daniel R. Brinley on several occasions prior to the hearing not to "show up", I did against his wishes.

My three younger children and I have been homeless since August 30, 2015 residing in a hotel struggling to maintain a stable roof because of Daniel Brinley's unprofessional and neglectful behavior. The mortgage modification documents were never processed within the allotted time given, or simply not at all. I never received documents of any kind that Daniel Brinley moved forward at any time prior to the modification hearing, his reply was always "everything is fine"..... never showing proof or reassuring me that things were going as they should.

I lost my home and everything inside/out because Mr. Brinley's intention was not for my best interest but for any funds he can collect along the way and failing to do what he was retained to do within the time that he was given.

Mr. Brinley would always give a verbal guarantee, a forwarded email through another attorney or he just wouldn't answer your phone calls or return messages. Everything that was asked of me, it was done. Mr. Brinley has turned my credibility, my credit....our lives into ruins on purpose without a care while doing so. I was never even given a written eviction at No time, having to leave our home with only the clothing that we were wearing while watching strangers taking our belongings against our will. Mr. Brinley would say over and again no worries, you'll be able to have your things returned to you....

Daniel Brinley left a trail of lies until the day of the hearing. It was not until this day that I learned that Mr. Brinley never put forth an effort to keep my home, he pushed my case to the side the minute that he received it. Now that the hearing is over, Daniel says absolutely nothing. He's almost nonexistent, has turned our lives upside down and it's evident he has so he doesn't want to be bothered. Though this may be true, I have others that share similar complaints about Daniel Brinley...taking payments from them and deliberately failing to file documents within specified times. It's just not right.

Judge Kimball I ask you, please tell me where do I go from here? Whatever records you may need I'm willing to present them to you at your earliest convenience. Thank you in advance for your timely

## Fwd: Judge Kimball Letter #2 Additional Comments

Shirley Holman [holmanshirley6@gmail.com]
Sent: Thursday, November 12, 2015 1:47 PM
To:    S66026BO - Studio 6

---------- Forwarded message ----------
From: "Deborah D. Ferguson" <ferguson.deborah@ymail.com>
Date: Nov 12, 2015 4:02 AM
Subject: Judge Kimball Letter #2 Additional Comments
To: "Mommy" <holmanshirley6@gmail.com>
Cc:

In addition, I've resided in my home for 28 years. Twenty years with my husband before passing away, a Veteran of the US Army whom passed away in October 13, 2007. Twenty-eight years destroyed in 2 years by Daniel R. Brinley . I know things of this life aren't meant for forever, and I also know that life is not made to be perfect but I'll never get my memories back....my children will never get their diplomas, awards, accolades.... or even personal framed tributes to their father...a folded US Flag that was given to me as they laid him to rest. Your Honor, the Bankruptcy documents were even filed incorrectly; doing more harm than good as I try to move forward from what has happened. It is such a struggle to search for descent residences when starting all over again especially when your attorney uses information against you to hinder your credibility. Your Honor how can someone that specializes in such things be allowed to be paid for services that were never rendered? Daniel Brinley hasn't been forthcoming since the day he received payment from me. Being his client, I always felt that he was working against me and that my case wasn't one of his priorities. Your Honor, I'm requesting that you please take another look at my case....tell me what should I do. I didn't have an attorney fighting too hard for me in the beginning, and it seems the same way in the end. The year's end is fast approaching, yet it's 2 1/2 months later and there's still not a place for us to "call home." I beg of you Judge Kimball, Help Me. Thank you for your listening ear.

Sincerely,

*Shirley Holman* (signature)
Shirley Holman

Sent from my Boost Mobile

561.460.7587

response.

Sent from my Boost Mobile