## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

SEASPRAY RESORT, LTD,,

Case No: 16-11565-PGH

Debtor(s).

Chapter 11 Case

_____/

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (INDIVIDUAL)

### FOR THE PERIOD

FROM <u>March 1, 2016</u>    TO <u>March 31, 2016</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Rick Khomal Benisasia
Prabhjot Kaur Benisasia
123 S. Ocean Ave
Palm Beach Shores, FL 33404

_/s/ David Lloyd Merrill_
David Lloyd Merrill, Esq.
MERRILL PA
Trump Plaza Office Center
525 S Flagler Drive, Fifth Floor
West Palm Beach, FL 33401
+1.561.877-1111

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING _Mar 1_ AND ENDING _31 / 2016_

Name of Debtor: SEASPRAY RESORT LTD Case Number _____

Date of Petition: _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 1113.92 (a) | _____ (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 90725.62 | _____ |
| Minus: Cash Refunds | (-) | _____ |
| Net Cash Sales | | _____ |
| B. Accounts Receivable CREDIT CARDS | 3268.46 | _____ |
| C. Other Receipts *(See MOR-3)* | — | _____ |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | _____ | _____ |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 95108.00 | _____ |
| **5. DISBURSEMENTS:** | | |
| A. Advertising | 6857.50 | _____ |
| B. Bank Charges | 4153.87 | _____ |
| C. Contract Labor | — | _____ |
| D. Fixed Asset Payments (not incl. in "N") | | _____ |
| E. Insurance WORKERS COMP+FLOOD | 6473.33 (FLOOD INS $610) | _____ |
| F. Inventory Payments *(See Attach. 2)* | 4858.77 | _____ |
| G. Leases PAYROLL COMPANY | 393.86 | _____ |
| H. Manufacturing Supplies | | _____ |
| I. Office Supplies | 255.35 | _____ |
| J. Payroll - Net *(See Attachment 4B)* | 9364.67 | _____ |
| K. Professional Fees (Accounting & Legal) | — | _____ |
| L. Rent | — | _____ |
| M. Repairs & Maintenance | 14770.80 | _____ |
| N. Secured Creditor Payments *(See Attach. 2)* | 4000 — | _____ |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 1035.98 | _____ |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 4970.68 | _____ |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 4074.20 | _____ |
| R. Telephone | 684 — | _____ |
| S. Travel & Entertainment | | _____ |
| Y. U.S. Trustee Quarterly Fees | | _____ |
| U. Utilities | 7942.14 | _____ |
| V. Vehicle Expenses | | _____ |
| W. Other Operating Expenses *(See MOR-3)* | 19502.94 | _____ |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 91343.09 | _____ |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 3764.91 (c) | _____ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _20_ day of _April_, 20 _16_                  _____ (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| COST OF ROOM OPER | 11610.84 | |
| COST OF BAR + GRILL | 7892.10 | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: SEASPRAY      Case Number: _____

Reporting Period beginning _____    Period ending _____

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $3268.<sup>46</sup> $ | $ | $ | | $ _____ (c) |

CREDIT CARDS ONLY

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _SEASPRAY RESORT_ Case Number: _____

Reporting Period beginning _____     Period ending _____

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____ (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**   _SEE ATTACHED_

| | |
|---|---|
| Opening Balance | $ _____ (a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____ * |
| Ending Month Balance | $ _____ (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____ (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).

MOR-5

**Seaspray Resort Ltd.**
**Transactions by Account Report 03/01/2016 to 03/31/2016**
**Sorted by: Transaction Number**

| | Date | Comment | Trans. No. | Credits |
|---|---|---|---|---|
| **2100   Accounts Payable** | | | | |
| | 03/01/2016 | Claire Smith | J425 | 1,358.93 |
| | 03/08/2016 | SABRE HOSPITALITY | J441 | 254.95 |
| | 03/08/2016 | AFA Protection Systems, Inc | J442 | 63.60 |
| | 03/10/2016 | PEPSI | J446 | 170.05 |
| | 03/09/2016 | FLORIDA PUBLIC UTILITIES | J451 | 693.60 |
| | 03/09/2016 | BROWN DISTRIBUTING FL | J452 | 249.70 |
| | 03/22/2016 | FLORIDA POWER & LIGHT COMPANY | J468 | 0.00 |
| | 03/11/2016 | JOSEPH SAROTA | J492 | 375.00 |
| | 03/02/2016 | Hulett Environmental Services | J494 | 121.90 |
| | 03/10/2016 | SOUTHERN WINE AND SPIRITS OF FLORIDA | J495 | 539.78 |
| | 03/09/2016 | Booking.com B.V. | J496 | 4,120.00 |
| | 03/11/2016 | FLORIDA PUBLIC UTILITIES | J497 | 0.00 |
| | 03/09/2016 | PREMIER BEVERAGE COMPANY LLC | J498 | 0.00 |
| | 03/09/2016 | FLORIDA POWER & LIGHT COMPANY | J499 | 0.00 |
| | 03/10/2016 | FLORIDA POWER & LIGHT COMPANY | J500 | 0.00 |
| | 03/09/2016 | Reversing J499. Correction is J502. | J501 | 107.66 |
| | 03/10/2016 | FLORIDA POWER & LIGHT COMPANY | J502 | 0.00 |
| | 03/02/2016 | Reversing J476. Correction is J504. | J503 | 249.70 |
| | 03/10/2016 | BROWN DISTRIBUTING FL | J504 | 0.00 |
| | 03/02/2016 | Reversing J477. Correction is J506. | J505 | 170.05 |
| | 03/14/2016 | Russ Gallette Mechanical Services | J518 | 210.00 |
| | 03/03/2016 | Jyoti Benisasia | J525 | 84.74 |
| | 03/03/2016 | Jyoti Benisasia | J527 | 825.62 |
| | 03/03/2016 | Jyoti Benisasia | J528 | 59.22 |
| | 03/03/2016 | Jyoti Benisasia | J529 | 58.42 |
| | 03/02/2016 | Expedia, Inc. | J541 | 165.75 |
| | 03/05/2016 | Expedia, Inc. | J542 | 609.67 |
| | 03/06/2016 | Booking.com B.V. | J545 | 974.55 |
| | 03/01/2016 | WASTE MANAGEMENT | J554 | 174.48 |
| | 03/01/2016 | WASTE MANAGEMENT | J555 | 145.07 |
| | 03/09/2016 | SOUTH FLORIDA JANITORIAL & POOL SUPP | J571 | 33.23 |
| | 03/19/2016 | CITY OF RIVIERA BEACH | J587 | 643.93 |
| | 03/19/2016 | CITY OF RIVIERA BEACH | J588 | 636.98 |
| | 03/19/2016 | CITY OF RIVIERA BEACH | J589 | 534.28 |
| | 03/22/2016 | ECOLAB | J590 | 316.98 |
| | 03/25/2016 | Ernesto G. Morales | J597 | 1,206.47 |
| | 03/25/2016 | Jehoram Roblero | J598 | 918.27 |
| | 03/23/2016 | Gold Coast Beverage | J618 | 483.90 |
| | 03/23/2016 | BROWN DISTRIBUTING FL | J619 | 549.60 |
| | 03/23/2016 | Russ Gallette Mechanical Services | J620 | 165.00 |
| | 03/24/2016 | Gold Coast Beverage | J625 | 0.00 |
| | 03/24/2016 | BROWN DISTRIBUTING FL | J626 | 0.00 |
| | 03/24/2016 | Russ Gallette Mechanical Services | J627 | 0.00 |
| | 03/17/2016 | TAX COLLECTOR OF PALM BEACH COUNTY | J628 | 4,047.19 |
| | 03/18/2016 | TAX COLLECTOR OF PALM BEACH COUNTY | J629 | 0.00 |
| | 03/24/2016 | SOUTH FLORIDA JANITORIAL & POOL SUPP | J716 | 136.10 |

| 03/28/2016 | Xpert Elevator Services, Inc. | J888 | 330.00 |
| 03/30/2016 | Matt's Glass & Mirror, Inc. | J889 | 318.00 |
| 03/31/2016 | JOSEPH SAROTA | J903 | 375.00 |
| 03/19/2016 | FLORIDA POWER & LIGHT COMPANY | J933 | 2,554.87 |
| 03/19/2016 | FLORIDA POWER & LIGHT COMPANY | J934 | 88.98 |
| 03/28/2016 | WASTE MANAGEMENT | J935 | 179.48 |
| 03/28/2016 | WASTE MANAGEMENT | J936 | 168.17 |
| 03/21/2016 | COMCAST | J943 | 1,781.27 |
| 03/31/2016 | FLORIDA PUBLIC UTILITIES | J944 | 725.13 |
| 03/09/2016 | FLORIDA PUBLIC UTILITIES | J1011 | 699.50 |
| 03/25/2016 | Madison PEO of Florida, Inc. | J1044 | 249.43 |
| 03/31/2016 | SOUTHERN WINE AND SPIRITS OF FLORIDA | J1052 | 808.10 |
| 03/28/2016 | Nationwide Mutual Insurance Company | J1083 | 6,010.00 |
| | | | 35,741.30 |

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _____          Case Number: _____

Reporting Period beginning _____          Period ending _____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:          $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $ _____ (a)
        PLUS: Inventory Purchased During Month          $ _____
        MINUS: Inventory Used or Sold          $ _____
        PLUS/MINUS: Adjustments or Write-downs          $ _____ *
    Inventory on Hand at End of Month          $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $ _____ (a)(b)
        MINUS:  Depreciation Expense          $ _____
        PLUS:  New Purchases          $ _____
        PLUS/MINUS: Adjustments or Write-downs          $ _____ *
Ending Monthly Balance          $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

SEE ATTACHED

Name of Debtor: SEASPRAY          Case Number: _____

Reporting Period beginning _____          Period ending _____

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                        $ _____

| Date | Ref | Amount | Payee |
|---|---|---|---|
| Mar-03 | CC | $303.30 | Brown Distributing |
| Mar-08 | 2027 | $121.90 | Hulett Environmental |
| Mar-08 | 2028 | $92.98 | Satellite Service of the Palm Beaches, Inc. |
| Mar-08 | 2029 | $0.00 | Voided |
| Mar-09 | PAP | $330.73 | Booking.com B.V. |
| Mar-09 | PAP | $1,386.48 | Florida Public Utilities |
| Mar-09 | PAP | $872.83 | Premier Beverage Company |
| Mar-10 | PAP | $107.66 | FLORIDA POWER & LIGHT |
| Mar-10 | PAP | $1,129.88 | FLORIDA POWER & LIGHT |
| Mar-10 | 2030 | $452.42 | Sabre Hospitality |
| Mar-10 | 2031 | $249.70 | Brown Distributing |
| Mar-10 | 2032 | $170.05 | Pepsi |
| Mar-11 | 2033 | $1,118.14 | Ernesto Garcia |
| Mar-11 | 2034 | $914.00 | Jehoram Roblero |
| Mar-11 | 2035 | $887.15 | Phoenix boyd |
| Mar-11 | 2036 | $662.43 | Kelley Peck |
| Mar-11 | 2037 | $126.07 | Danilo Hernandez |
| Mar-11 | 2038 | $278.77 | Tess Wonderling |
| Mar-11 | 2039 | $988.56 | Nicholas DeMarco |
| Mar-11 | 2040 | $198.27 | Lynn Hollow |
| Mar-11 | 2041 | $302.20 | Nathalie Douglas |
| Mar-11 | 2042 | $945.81 | Miriam Vail |
| Mar-11 | 2043 | $284.49 | Maria Mendez |
| Mar-11 | 2044 | $176.85 | Susan Carmell |
| Mar-11 | 2045 | $375.00 | Joseph Sarota |
| Mar-11 | 2046 | $100.00 | Rob Kahn |
| Mar-11 | 2047 | $100.00 | Wilson Lopez-Rob Idol Band |
| Mar-11 | 2048 | $100.00 | Perry Ostrow |
| Mar-11 | 2049 | $100.00 | Jerry Talbott |
| Mar-11 | 2050 | $100.00 | Emily Mitchell-Rob Idol Band |
| Mar-15 | CC | $4,020.00 | UCF Funding |
| Mar-16 | 2051 | $210.00 | Russ Gallette Mechanical Services |
| Mar-17 | 2052 | $165.75 | Expedia, Inc. |
| Mar-17 | 2053 | $1,648.00 | Expedia, Inc. |
| Mar-17 | PAP | $1,767.44 | Comcast |
| Mar-17 | PAP | $2,330.57 | FLORIDA POWER & LIGHT |
| Mar-17 | PAP | $974.55 | Booking.com B.V. |
| Mar-17 | PAP | $282.07 | AFA Protective Systems |
| Mar-18 | 2062 | $4,047.19 | Tax Collector, Palm Beach County |
| Mar-18 | PAP | $353.96 | Waste Management |
| Mar-18 | PAP | $290.70 | Waste Management |
| Mar-18 | PAP | $175.00 | Ray Morris |
| Mar-18 | 2064 | $4,970.68 | Department of Business & Professional Regulation |
| Mar-21 | PAP | $33.23 | South Florida Janitorial |
| Mar-22 | 2055 | $2,707.17 | Southern Wine & Spirits |
| Mar-22 | PAP | $538.78 | Southern Wine & Spirits |
| Mar-22 | PAP | $500.09 | Cash - Supply Purchases |
| Mar-22 | 2056 |  |  |

| Date | Number | Amount | Name |
|---|---|---|---|
| Mar-22 | 2057 | $316.98 | Ecolab |
| Mar-22 | CC | $3,527.78 | City of Riviera Beach |
| Mar-23 | 2058 | $3,678.79 | Jyoti Benisasia |
| Mar-24 | 2059 | $483.90 | Gold Coast Beverage |
| Mar-24 | 2060 | $549.60 | Brown Distributing |
| Mar-24 | 2061 | $165.00 | Russ Gallette Mechanical Services |
| Mar-24 | 2063 | $136.10 | South Florida Janitorial |
| Mar-25 | 2064 | $1,206.47 | Ernesto Garcia |
| Mar-25 | 2065 | $918.27 | Jehoram Roblero |
| Mar-25 | 2066 | $556.40 | Phoenix Boyd |
| Mar-25 | 2067 | $518.90 | Kelley Peck |
| Mar-25 | 2068 | $58.90 | Danilo Hernandez |
| Mar-25 | 2069 | $961.68 | Nicholas DeMarco |
| Mar-25 | 2070 | $554.80 | Nathalie Douglas |
| Mar-25 | 2071 | $197.30 | Caroline Auclair |
| Mar-25 | 2072 | $242.47 | Jeanne Baldwin |
| Mar-25 | 2073 | $215.90 | Debra Smith |
| Mar-25 | 2074 | $207.05 | Tameka Johnson |
| Mar-25 | 2075 | $95.66 | Tess Wondering |
| Mar-25 | 2076 | $1,014.98 | Miriam Vail |
| Mar-25 | 2077 | $150.00 | Hal Hollander |
| Mar-25 | 2078 | $500.00 | Edgar Santiago-Mighty Quinn |
| Mar-29 | 2079 | $318.00 | Matt's Glass & Mirror, Inc. |
| Mar-30 | 2080 | $500.00 | David E. Ufferman |
| Mar-30 | 2081 | $375.00 | Joseph Sarota |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**     SEE
ATTACHED

Name of Debtor: SEASPRAY                Case Number: _____

Reporting Period beginning _____     Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

    Ending Balance per Bank Statement                                     $ _____
    Plus Total Amount of Outstanding Deposits                       $ _____
    Minus Total Amount of Outstanding Checks and other debits   $ _____ *
    Minus Service Charges                                                        $ _____
    Ending Balance per Check Register                                    $ _____ **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( □ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                    $ _____

MOR-12

**MADISON PEO OF FLORIDA, INC**
800 OAK RIDGE TURNPIKE, SUITE A-402
OAK RIDGE, TN 37830
PHONE: 865-481-0910 FAX: 877-299-9849

| INVOICE | Page 1 of 1 |
| --- | --- |
| Invoice No | 138171 |
| Invoice Date | 03/11/2016 |
| Check Date | 03/11/2016 |
| Period Ending | 03/06/2016 |
| Payroll Number | 61150005    2 |
| Customer Number | 40-6115 |
| Delivery | UPS 2-Day Service |
| Method | ACH |
| ACH Draft Date | 03/10/2016 |
| Phone: 561-557-8050 | |

JYOTI DENISASIA
SEASPRAY RESORT, LTD
2101 WEST COMMERCIAL BLVD
SUITE 2800
FORT LAUDERDALE, FL 33309

| State | Code | Description | Wages | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| FL | 9052 | HOTEL: ALL OTHER EMPLOYEES & SALESP | 4,465.58 | 4.79% | 213.90 |
| | | | Subtotal | | 213.90  WCI |

| | | |
| --- | --- | --- |
| GROSS WAGES | | 4,465.58 |
| SOCIAL SECURITY TAX | | 276.86 |
| MEDICARE TAX | | 64.75 |
| FEDERAL UNEMPLOYMENT TAX | TAXES | 19.48 |
| STATE UNEMPLOYMENT TAX | | 107.16 |
| ADMINISTRATION FEE | | 156.30 |
| CLIENT BILLING FOR EMPLOYEE BENEFITS | | 15.04 |
| LESS RETURNED EMPLOYEE DEDUCTIONS | | -664.92  ADMIN |
| EPLI 8-Active Employees | | 8.00 |

*(handwritten)*

TAXES          468.25
WCOMP          213.90
LEASING        179.34

NET

4933.53          511357

| Total Amount Due | 4,XXX.XX |

| | | | |
| --- | --- | --- | --- |
| Items Processed: | 5 | Starting Check: | 32387 |
| Checks Printed: | 1 | Ending Check: | 32387 |

***THANK YOU FOR YOUR BUSINESS***

Client: 6115-SEASPRAY RESORT, LTD

Pay Date: 03/11/2016 Payroll Id: 61150005
Period: 02/22/2016 thru 03/06/2016

PAYROLL DIRECT DEPOSIT RECAP

| Empl. Name | Check No | Total Net Pay | Deposit Amount | Check Amount | Bank Routing No | Chk/Sav | Check Ref# Pre Note |
|---|---|---|---|---|---|---|---|
| 2 CARMELL, SUSAN L | 99999999 | 912.93 | 912.93 | 0.00 120148B785 | 267084199 | C | 31649 |
| 3 MENDEZ, MARIA M | 99999999 | 648.30 | 648.30 | 0.00 147908B930 | 063107513 | C | 31650 |
| 14 ROZYNSKI, ANNA | 99999999 | 278.86 | 278.86 | 0.00 7861981095 | 031201360 | C | 31654 |
| 5 SMITH, CLAIRE A | 99999999 | 1,325.53 | 1,325.53 | 0.00 831162562 | 267084131 | C | 31651 |
| | | | 3,165.62 | | | | |

*Deductions sent via Direct Deposit                    Deposit Totals:    3,165.62    0.00    0.00
Number of Deposits Listed:   4

Client: 6115 SEASPRAY RESORT, LTD

Co. 40
Page 1
03/08/16
07:16 AM
PR JREP

Pay Date: 03/11/2016 Payroll Id 6115S005

Period: 02/22/2016 thru 03/06/2016

# PAYROLL COST RECAP

| | Hours Worked | | | GROSS | | | | WORK | ADMIN | ER PAID | | RETURNED | MISC | Total |
| | Regular | Overtime | Other | WAGES | FICA | SUTA | FUTA | COMP | FEES | BENEFITS | CHARGES | DEDUCTS | | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Division: 1 OFFICE** | | | | | | | | | | | | | | |
| CARNELL, SUSAN L | 80.0000 | 0.0000 | 0.0000 | 1,080.00 | 82.62 | 35.64 | 6.48 | 51.73 | 37.90 | 3.76 | | | 1.93 | 1,299.96 |
| SMITH, CLAIRE A | 80.0000 | 0.0000 | 0.0000 | 1,643.62 | 125.73 | 14.04 | 2.55 | 78.73 | 57.53 | 3.76 | | | 2.94 | 1,928.90 |
| Total | 160.0000 | 0.0000 | 0.0000 | 2,723.62 | 208.35 | 49.68 | 9.03 | 130.46 | 95.33 | 7.52 | | | 4.87 | 3,228.86 |
| **Division: 2 HOUSEKEEPING** | | | | | | | | | | | | | | |
| MENDEZ, MARIA M | 80.0000 | 0.0000 | 0.0000 | 720.00 | 55.08 | 23.76 | 4.32 | 34.49 | 25.20 | 3.76 | | | 1.29 | 202.98 |
| VAIL, MIRIAM E | 80.0000 | 0.0000 | 0.0000 | 720.00 | 55.08 | 23.76 | 4.32 | 34.49 | 25.20 | 3.76 | | -664.92 | 1.29 | -664.92 |
| Total | 160.0000 | 0.0000 | 0.0000 | 1,440.00 | 110.16 | 47.52 | 8.64 | 68.98 | 50.40 | 7.52 | | -664.92 | 2.58 | 1,070.98 |
| **Division: 3 ...** | | | | | | | | | | | | | | |
| ROZYNSKI, ANNA | 37.5100 | 0.0000 | 0.0000 | 301.96 | 23.10 | 9.96 | 1.81 | 14.46 | 10.57 | | | | 0.55 | 362.41 |
| Total | 37.5100 | 0.0000 | 0.0000 | 301.96 | 23.10 | 9.96 | 1.81 | 14.46 | 10.57 | | | | 0.55 | 362.41 |
| **Report Total** | 357.5100 | 0.0000 | 0.0000 | 4,465.58 | 341.61 | 107.16 | 19.48 | 213.90 | 156.30 | 15.04 | | -664.92 | 8.00 | 4,662.15 |

Client: 6115 SEASPRAY RESORT, LTD

Pay Date: 03/21/2016 Payroll Id:6115B005

Period: 03/27/2016 thru 03/00/2016

# PAYROLL REGISTER

| | Hours | Rate | Pay | YTD Hrs | YTD Pay | Taxes | | Curr Tax | YTD Tax | Deduction | | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CARNELL, SUSAN L**

| Pay Type | Hours | Rate | Pay |
|---|---|---|---|
| Hourly | 13.5000 | | 1,080.00 |
| Total Pay | 80.0000 | | 1,080.00 |

YTD Hrs: 400.0000   YTD Pay: 5,400.00

| Taxes | Curr Tax | YTD Tax |
|---|---|---|
| Fed Income Tax | 84.45 | 422.25 |
| Social Security | 66.96 | 334.80 |
| Medicare | 15.66 | 78.30 |
| Total Taxes | 167.07 | 835.35 |

Check: 0.00  Check No: 9999999

Deduction: AEG GROUP LIFE
Total Deductions

Curr EE: .00   YTD EE: .00   Curr ER: 3.76   YTD ER: 18.80
Curr ER: 3.76   YTD ER: 18.80

**Division Totals 1 OFFICE**   Net: 912.93   DDep: 912.93   Chk: 0.00

**MENDEZ, MARIA M**

| Pay Type | Hours | Rate | Pay |
|---|---|---|---|
| Hourly | 9.0000 | | 720.00 |
| Total Pay | 80.0000 | | 720.00 |

YTD Hrs: 375.7500   YTD Pay: 3,381.57

| Taxes | Curr Tax | YTD Tax |
|---|---|---|
| Fed Income Tax | 16.62 | 61.25 |
| Social Security | 44.64 | 209.65 |
| Medicare | 10.44 | 49.03 |
| Total Taxes | 71.70 | 319.93 |

Check: 0.00  Check No: 9999999

Deduction: AEG GROUP LIFE
Total Deductions

Curr EE: .00   YTD EE: .00   Curr ER: 3.76   YTD ER: 18.80
Curr ER: 3.76   YTD ER: 18.80

**Division Totals 2 HOUSEKEEPING**   Net: 648.30   DDep: 648.30   Chk: 0.00

| Pay Type | Curr Hours | Curr Pay |
|---|---|---|
| Hourly | 160.0000 | 1,440.00 |
| Total Pay | 160.0000 | 1,440.00 |

| Taxes | Curr Tax |
|---|---|
| Fed Income Tax | 16.62 |
| Social Security | 89.28 |
| Medicare | 20.88 |
| Total Taxes | 126.78 |

Check: 0.00

Deduction: ADVANCE REPAYMENT
AEG GROUP LIFE
Total Deductions

Curr EE: 664.92   .00   YTD EE:    Curr ER: .00   7.52   YTD ER:
664.92   7.52

**Division: BAR**   Net: 278.86   DDep: 278.86   Chk:

| Pay Type | Curr Hours | Curr Pay |
|---|---|---|
| Hourly | 37.5100 | 301.96 |
| Total Pay | 37.5100 | 301.96 |

YTD Hrs: 187.8200   YTD Pay: 1,949.35

| Taxes | Curr Tax |
|---|---|
| Social Security | 18.72 |
| Medicare | 4.38 |
| Total Taxes | 23.10 |

Check: 0.00  Check No: 9999999

Deduction: AEG GROUP LIFE
Total Deductions

Curr EE: .00   YTD EE:    Curr ER: 3.76   YTD ER:
.00   3.76

**Division Totals**   Net: 130.53   DDep: 130.53   Chk: 0.00

| Pay Type | Curr Hours | Curr Pay |
|---|---|---|
| Hourly | 37.5100 | 1,643.62 |
| Total Pay | 80.0000 | 1,643.62 |

YTD Hrs: 400.0000   YTD Pay: 8,218.10

| Taxes | Curr Tax | YTD Tax |
|---|---|---|
| Fed Income Tax | 192.36 | 961.80 |
| Social Security | 101.90 | 509.50 |
| Medicare | 23.83 | 119.15 |
| Total Taxes | 318.09 | 1,590.45 |

Check: 0.00  Check No: 9999999

Deduction: AEG GROUP LIFE
Total Deductions

Curr EE: .00   YTD EE: .00   Curr ER: 3.76   YTD ER: 18.80
Curr ER: 3.76   YTD ER: 18.80

| Pay Type | Curr Hours | Curr Pay |
|---|---|---|
| Hourly | 80.0000 | 1,080.00 |
| Salary | 80.0000 | 1,643.62 |
| Total Pay | 160.0000 | 2,723.62 |

| Taxes | Curr Tax | YTD Tax |
|---|---|---|
| Fed Income Tax | 276.81 | 215.41 |
| Social Security | 168.86 | 50.38 |
| Medicare | 39.49 | 265.79 |
| Total Taxes | 485.16 | |

Check: 0.00

Deduction: ADVANCE REPAYMENT
AEG GROUP LIFE
Total Deductions

Curr EE: 664.92   .00   .00   YTD EE: 3,208.57   .00   Curr ER: .00   3.76   3.76   YTD ER: 18.80   18.80
664.92   3,208.57

| Pay Type | Curr Hours | Rate | Emp: 9   Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|
| Hourly | 80.0000 | 9.0000 | 720.00 | 386.0400 | 3,474.36 |
| Total Pay | 80.0000 | | 720.00 | 366.0400 | 3,474.36 |

| Taxes | Curr Tax | YTD Tax |
|---|---|---|
| Fed Income Tax | 44.64 | 54.01 |
| Social Security | 10.44 | |
| Medicare | 55.08 | |
| Total Taxes | | |

Check: 0.00

Deduction: AEG GROUP LIFE
Total Deductions

| Pay Type | Curr Hours | Curr Pay | Net: 0.00 | Taxes | Curr Tax | Deduction | Curr EE | YTD EE | Curr ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|



Client: 6115 SEASPRAY RESORT, LTD.

**PAYROLL REGISTER**

Co. 40    Page 2
3/8/2016
07:16 AM
PR REG

Pay Date: 03/11/2016 Payroll Ids 1150005
Period: 02/22/2016 thru 03/06/2015

**Division Totals 2 HOUSEKEEPING**

| | Curr Hours | Curr Pay | Net: | DDep: | Chk: | | | Curr Tax | | Curr EE | Curr ER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 160.0000 | 2,821.96 | | | Fed Income Tax | 0.00 | 16.62 | 283.43 | ADVANCE REPAYMENT | 664.92 | .00 |
| Salary | 80.0000 | 1,643.62 | | | Social Security | | 89.28 | 276.86 | AEG GROUP LIFE | .00 | 15.04 |
| Total Pay | 1,440.00 | 1,465.58 | | | Medicare | | 20.88 | 64.75 | Total Deductions | 664.92 | 15.04 |
| | | | | | Total Taxes | | 126.78 | 635.04 | | | |

Net:   3165.62    DDep:   0.00    Chk:   0.00

**Report Grand Totals**

Net: 3165.62   DDep: 3165.62   Chk: 0.00

| | Curr Hours | Curr Pay | | | Taxes | | Curr Tax | Deduction | Curr EE | Curr ER |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | | | | | | | | | | |
| Hourly | 277.5100 | 2,821.96 | | | Fed Income Tax | | 283.43 | ADVANCE REPAYMENT | 664.92 | .00 |
| Salary | 80.0000 | 1,643.62 | | | Social Security | | 276.86 | AEG GROUP LIFE | .00 | 15.04 |
| Total Pay | 357.5100 | 4,465.58 | | | Medicare | | 64.75 | Total Deductions | 664.92 | 15.04 |
| | | | | | Total Taxes | | 635.04 | | | |

**Checks Printed 5**

Client: 6115 SEASPRAY RESORT, LTD
Pay Date: 03/11/2016 Payroll Id:61155006
Period: 02/22/2016 thru 03/06/2016

## PAYROLL DEDUCTION RECAP

Co: 40
Page 1
3/8/2016
07:15 AM
PR HRD

| Empl  Name | Employee Deduction | Client Amount | Total Amount | Retained Amount | Returned Amount | Monthly Premium EE | Monthly Premium ER | Check Number | Remaining Bal EE | Remaining Bal ER |
|---|---|---|---|---|---|---|---|---|---|---|
| 500 ADVANCE    ADVANCE REPAYMENT | Billing Method | 1 | | | | | | | | |
| 10 VAIL, MIRIAM E | 664.92 | 0.00 | 664.92 | 0.00 | 664.92 | 0.00 | 0.00 | 33387 | 0.00 | 0.00 |
| Deduction Totals | 664.92 | 0.00 | 664.92 | 0.00 | 664.92 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 999 AEG LIFE    AEG GROUP LIFE | Billing Method | 1 | | | | | | | | |
| 2 CARMELL, SUSAN L | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 99999999 | 0.00 | 0.00 |
| 3 MENDEZ, MARIA M | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 99999999 | 0.00 | 0.00 |
| 5 SMITH, CLAIRE A | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 33387 | 0.00 | 0.00 |
| 10 VAIL, MIRIAM E | | | | | | | | | | |
| Deduction Totals | 0.00 | 15.04 | 15.04 | 15.04 | 0.00 | 0.00 | 32.60 | | 0.00 | 0.00 |
| Report Totals | 664.92 | 15.04 | 679.96 | 15.04 | 664.92 | 0.00 | 32.60 | | 0.00 | 0.00 |

**MADISON PEO OF FLORIDA, INC**
800 OAK RIDGE TURNPIKE, SUITE A-402
OAK RIDGE, TN 37830
PHONE: 865-481-0910 FAX: 877-299-9849

| | INVOICE | Page 1 of 1 |
|---|---|---|
| Invoice No | | 139644 |
| Invoice Date | | 03/25/2016 |
| Check Date | | 03/25/2016 |
| Period Ending | | 03/20/2016 |
| Payroll Number | 61150006 | 2 |
| Customer Number | | 40-6115 |
| Delivery | | UPS 2-Day Service |
| Method | | ACH |
| ACH Draft Date | | 03/24/2016 |
| Phone:561-557-8050 | | |

JYOTI DENISASIA
SEASPRAY RESORT, LTD
2401 WEST COMMERCIAL BLVD
SUITE 2800
FORT LAUDERDALE, FL 33309

| State | Code | Description | Wages | Rate | Subtotal |
|---|---|---|---|---|---|
| FL | 9052 | HOTEL: ALL OTHER EMPLOYEES & SALESP | 5,207.32 | 4.79% | 249.43 |
| | | | Subtotal | | 249.43 |

| | |
|---|---|
| GROSS WAGES | 5,470.53 |
| SOCIAL SECURITY TAX | 339.16 |
| MEDICARE TAX | 79.32 |
| FEDERAL UNEMPLOYMENT TAX | 22.96 |
| STATE UNEMPLOYMENT TAX | 126.29 |
| ADMINISTRATION FEE | 191.48 |
| CLIENT BILLING FOR EMPLOYEE BENEFITS | 15.04 |
| LESS RETURNED EMPLOYEE DEDUCTIONS | -1,041.98 |
| Employee Term Fee ALMAS, ANNEMARIE | 1.00 |
| Employee Term Fee BURKE, ASHTON M | 1.00 |
| EPLI 6-Active Employees | 6.00 |

*(handwritten)* 139.00

*(handwritten)*
TAXES    567.73
WCI      249.43
LEASING  214.52    284.26
         603326    6252.78

| | |
|---|---|
| Total Amount Due | 5,460.23 |

| | | | |
|---|---|---|---|
| Items Processed: | 5 | Starting Check: | 33626 |
| Checks Printed: | 1 | Ending Check: | 33626 |

*THANK YOU FOR YOUR BUSINESS*

Client: 6115-SEASPRAY RESORT, LTD

Pay Date: 03/25/2016 Payroll Eff. 03115006

Period: 03/07/2016 thru 03/20/2016

## PAYROLL DEDUCTION RECAP

| Empl. Name | Employee Deduction | Client Amount | Total Amount | Retained Amount | Returned Amount | Monthly Premium | Monthly Premium ER | Check Number | Remaining Bal EE | Remaining Bal ER |
|---|---|---|---|---|---|---|---|---|---|---|
| **500 ADVANCE** | **ADVANCE REPAYMENT** | | | | | | | | | |
| 10 VAAL, MIRIAM E | Billing Method | 1 | | | | | | | | |
| | 1041.98 | 0.00 | 1041.98 | 0.00 | 1041.98 | 0.00 | 0.00 | 33626 | 0.00 | 0.00 |
| **Deduction Totals** | **1,041.98** | **0.00** | **1,041.98** | **0.00** | **1,041.98** | **0.00** | **0.00** | 33626 | 0.00 | 0.00 |
| **999 AEG LIFE** | **AEG GROUP LIFE** | | | | | | | | | |
| | Billing Method | 1 | | | | | | | | |
| 2 CARMELL, SUSAN L | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 99999999 | 0.00 | 0.00 |
| 3 MENDEZ, MARIAM | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 99999999 | 0.00 | 0.00 |
| 5 SMITH, CLAIRE A | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 99999999 | 0.00 | 0.00 |
| 10 VAAL, MIRIAM E | 0.00 | 3.76 | 3.76 | 3.76 | 0.00 | 0.00 | 8.15 | 33626 | 0.00 | 0.00 |
| **Deduction Totals** | **0.00** | **15.04** | **15.04** | **15.04** | **0.00** | **0.00** | **32.60** | | | |
| **Report Totals** | **1,041.98** | **15.04** | **1,057.02** | **15.04** | **1,041.98** | **0.00** | **32.60** | | | |

Client: 6115-SEASPRAY RESORT, LTD

Co: 401
Page 1
3/22/2016
08:53 AM
Pr ID

Pay Date: 03/25/2016 Payroll Id 6115/0006
Period: 03/07/2016 thru 03/20/2016

## PAYROLL DIRECT DEPOSIT RECAP

| Empl | Name | Check No. | Total Net Pay | Deposit Amount | Check Amount | Bank Account | Routing No. | Chk/Sav | Check Ref# Pre Note |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CARMELL, SUSAN L | 99999999 | 997.51 | 997.51 | 0.00 | 1201486785 | 267064199 | C | 51832 |
| 3 | MENDEZ, MARIA M | 99999999 | 851.65 | 851.65 | 0.00 | 1472088930 | 063107513 | C | 51833 |
| 14 | ROZYNSKI, ANNA | 99999999 | 458.88 | 458.88 | 0.00 | 7881981095 | 031201360 | C | 51837 |
| 5 | SMITH, CLAIRE A | 99999999 | 1,325.53 | 1,325.53 | 0.00 | 8311629262 | 267064131 | C | 51834 |
| | | | | 3,633.57 | | | | | |

*Deductions sent via Direct Deposit

Number of Deposits Listed: 4        Deposit Totals: 3,633.57     3,633.57     0.00

Client: 61 HS SEASPRAY RESORT, LTD
Pay Date: 03/25/2016 Payroll Id: 61156006
Period: 03/07/2016 thru 03/20/2016

## PAYROLL COST RECAP

Page 1
03/22/2016
08:03 AM
PR JRPR

| | Regular | Hours Worked Overtime | Other | GROSS WAGES | FICA | SUTA | FUTA | WORK COMP. | ADMIN FEES | ER PAID BENEFITS | MISC CHARGES | RETURNED DEDUCTS | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Division: 0** | | | | | | | | | | | | | |
| ALMAS, ANNEMARIE | 0.0000 | 0.0000 | 0.0000 | | | | | | | | 1.00 | | 1.00 |
| BURKE, ASHTON M | 0.0000 | 0.0000 | 0.0000 | | | | | | | | 2.00 | | 2.00 |
| Total | 0.0000 | 0.0000 | 0.0000 | | | | | | | | 3.00 | | 3.00 |
| **Division: 1** | | | | | | | | | | | | | |
| CARMELL, SUSAN L | 80.0000 | 5.4000 | 0.0000 | 1,188.35 | 90.99 | 39.25 | 7.14 | 55.22 | 41.63 | 3.76 | 1.31 | | 1,428.65 |
| SMITH, CLAIRE A | 80.0000 | 0.0000 | 0.0000 | 1,643.92 | 125.73 | | | 78.73 | 57.53 | 3.76 | 1.80 | | 1,911.17 |
| Total | 160.0000 | 5.4000 | 0.0000 | 2,832.97 | 216.72 | 39.25 | 7.14 | 133.95 | 99.16 | 7.52 | 3.11 | | 3,339.82 |
| **Division: 2 HOUSEKEEPING** | | | | | | | | | | | | | |
| MENDEZ, MARIA M | 80.0000 | 18.5600 | 0.0000 | 970.56 | 74.24 | 32.03 | 5.82 | 42.49 | 33.97 | 3.76 | 1.06 | | 1,163.93 |
| VAIL, MIRIAM E | 80.0000 | 31.8300 | 0.0000 | 1,149.71 | 87.95 | 37.94 | 6.90 | 48.21 | 40.24 | 3.76 | 1.26 | -1,041.98 | 333.59 |
| Total | 160.0000 | 50.3900 | 0.0000 | 2,120.27 | 162.19 | 69.97 | 12.72 | 90.70 | 74.21 | 7.52 | 2.32 | -1,041.98 | 1,497.52 |
| **Division: 3 POOL BAR** | | | | | | | | | | | | | |
| ROZYNSKI, ANNA | 64.2600 | 0.0000 | 0.0000 | 517.29 | 39.57 | 17.07 | 3.10 | 24.76 | 18.11 | | 0.57 | | 620.49 |
| Total | 64.2600 | 0.0000 | 0.0000 | 517.29 | 39.57 | 17.07 | 3.10 | 24.76 | 18.11 | | 0.57 | | 620.49 |
| **Report Total** | 384.2600 | 55.7900 | 0.0000 | 5,470.53 | 418.48 | 126.29 | 22.96 | 249.43 | 191.48 | 15.04 | 8.00 | -1,041.98 | 5,460.23 |

Client 6115-SEASPRAY RESORT LTD
Pay Date: 03/25/2016 Payroll Job 115000.6
Period: 03/07/2016 thru 03/20/2016

**PAYROLL REGISTER**

Co. 44
3/22/2016
08:53 AM   Page 1
PR REG

---

**CARNELL, SUSAN L**

| | Hours | Rate | Pay | | Emp 2 Dept | YTD Hrs | YTD Pay | | Taxes | Cur Tax | YTD Tax | | Deduction | | Cur EE | YTD EE | Cur ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | 80.0000 | 13.5000 | 1,080.00 | | | 480.0000 | 6480.00 | | Fed Income Tax | 100.85 | 523.10 | | AEG GROUP LIFE | | .00 | .00 | 3.78 | 22.56 |
| Hourly | 5.4000 | 20.2500 | 109.35 | | | 5.4000 | 109.35 | | Social Security | 73.74 | 408.54 | | Total Deductions | | .00 | | 7.52 | |
| Overtime | | | | | | | | | Medicare | 17.25 | 95.55 | | | | | | 3.78 | |
| Salary | | | 1,443.62 | | | | | | | | | | | | | | | |
| **Total Pay** | 85.4000 | | 1,189.35 | | | 485.4000 | 6,589.35 | | Medicare | 191.84 | 1,027.19 | | | | | | | |

Division Totals 1 OFFICE          Net: 997.51   DDept: 997.51   Chk:   Total Taxes   0.00   Check No: 99999999

---

**MENDEZ, MARIA M**

| | Hours | Rate | Pay | | Emp 3 Dept | YTD Hrs | YTD Pay | | Taxes | Cur Tax | YTD Tax | | Deduction | | Cur EE | YTD EE | Cur ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | 80.0000 | 9.0000 | 720.00 | | | 455.7300 | 4,101.57 | | Fed Income Tax | 44.67 | 105.92 | | AEG GROUP LIFE | | .00 | .00 | 3.76 | 22.56 |
| Hourly | 18.5600 | 13.5000 | 250.56 | | | 18.5600 | 250.56 | | Social Security | 16.71 | 63.10 | | Total Deductions | | .00 | | 7.52 | |
| Overtime | | | | | | | | | Medicare | | | | | | | | | |
| Salary | | | | | | | | | | | | | | | | | | |
| **Total Pay** | 98.5600 | | 970.56 | | | 474.2900 | 4,352.13 | | Medicare | 119.91 | 439.84 | | | | | | | |

Division Totals 2 HOUSEKEEPING          Net:          DDept:          Chk:   Total Taxes   0.00

---

**POOL BAR**

| | Hours | Rate | Pay | | Emp 14 Dept | YTD Hrs | YTD Pay | | Taxes | Cur Tax | YTD Tax | | Deduction | | Cur EE | YTD EE | Cur ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | 84.2600 | 8.8000 | 517.29 | | | 231.6000 | 1,866.64 | | Fed Income Tax | 18.84 | 43.08 | | ADVANCE REPAYMENT | | 1,041.98 | .00 | | |
| Hourly | | | | | | | | | Social Security | 32.07 | 115.72 | | AEG GROUP LIFE | | .00 | | 7.00 | |
| Overtime | | | | | | | | | Medicare | 7.50 | 27.06 | | Total Deductions | | 1,041.98 | | 7.52 | |
| **Total Pay** | 84.2600 | | 517.29 | | | 231.8800 | 1,866.64 | | | 58.41 | 185.84 | | | | | | | |

Division Totals 3 POOL BAR          Net:          DDept: 458.88   Chk:   Total Taxes   0.00   Check No: 99999999

---

**SMITH, CLAIRE A**

| | Hours | Rate | Pay | | Emp 5 Dept | YTD Hrs | YTD Pay | | Taxes | Cur Tax | YTD Tax | | Deduction | | Cur EE | YTD EE | Cur ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | 80.0000 | | 1,643.62 | | | 480.0000 | 9,861.72 | | Fed Income Tax | 192.36 | 1,154.16 | | AEG GROUP LIFE | | .00 | .00 | 3.78 | 22.56 |
| Salary | | | | | | | | | Social Security | 101.90 | 611.40 | | Total Deductions | | .00 | | 3.78 | |
| Overtime | | | | | | | | | Medicare | 23.83 | 142.98 | | | | | | | |
| **Total Pay** | 80.0000 | | 1,643.62 | | | 480.0000 | 9,861.72 | | | 318.09 | 1,908.54 | | | | | | | |

Division Totals 1 OFFICE          Net: 1325.53   DDept: 1325.53   Chk:   Total Taxes   0.00   Check No: 99999999

---

| | Hours | Rate | Pay | | Emp 10 Dept | YTD Hrs | YTD Pay | | Taxes | Cur Tax | YTD Tax | | Deduction | | Cur EE | YTD EE | Cur ER | YTD ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | 80.0000 | 9.0000 | 720.00 | | | 460.0000 | 4,194.36 | | Fed Income Tax | 19.78 | 19.78 | | ADVANCE REPAYMENT | | 1,041.98 | 4,250.55 | 7.52 | 22.56 |
| Hourly | 31.6300 | 13.5000 | 429.71 | | | 31.6300 | 429.71 | | Social Security | 71.26 | 286.69 | | AEG GROUP LIFE | | .00 | .00 | 3.76 | 22.56 |
| Overtime | | | | | | | | | Medicare | 16.67 | 67.05 | | Total Deductions | | 1,041.98 | 4250.55 | 3.76 | 22.56 |
| Salary | | | 2,832.77 | | | | | | | | | | | | | | | |
| **Total Pay** | 111.6300 | | 1,149.71 | | | 497.8700 | 4,624.07 | | | 107.73 | 373.52 | | | | | | | |

Division Totals 3          Net:          DDept:          Chk:   Total Taxes

Client: 6115 SEASPRAY RESORT, LTD.

Pay Date: 03/25/2016 Payroll Id:6115000.06
Period: 03/07/2016 thru 03/20/2016

**PAYROLL REGISTER**

CID-40        Page 2
3/22/22/16
08:33 AM
PR-REG.

**Division Totals 2 HOUSEKEEPING**

Net: 0.00   DDep: 0.00   Chk: 0.00

| Pay Type | Curr Hours | Curr Pay | Taxes | Curr Tax | Deduction | Curr EE | Curr ER |
|---|---|---|---|---|---|---|---|
| Hourly | 160.0000 | 1,440.00 | Fed Income Tax | 64.45 | ADVANCE REPAYMENT | 1,041.98 | .00 |
| Overtime | 50.3600 | 680.27 | Social Security | 131.45 | AEG GROUP LIFE | .00 | 7.52 |
| Total Pay | 210.3600 | 2,120.27 | Medicare | 30.74 | Total Deductions | 1,041.98 | 7.52 |
| | | | Total Taxes | 226.64 | | | |

**Report Grand Totals:**   Net: 3633.57   DDep: 3633.57   Chk: 0.00

| Pay Type | Curr Hours | Curr Pay | Taxes | Curr Tax | Deduction | Curr EE | Curr ER |
|---|---|---|---|---|---|---|---|
| Hourly | 304.2600 | 3,037.29 | Fed Income Tax | 376.50 | ADVANCE REPAYMENT | 1,041.98 | .00 |
| Overtime | 55.7600 | 789.62 | Social Security | 339.16 | AEG GROUP LIFE | .00 | 15.04 |
| Salary | 80.0000 | 1,643.62 | Medicare | 79.32 | Total Deductions | 1,041.98 | 15.04 |
| Total Pay | 440.0600 | 5,470.53 | Total Taxes | 794.98 | | | |

**Checks Printed  5**

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

> Ending Balance per Bank Statement     $_____
> Plus Total Amount of Outstanding Deposits     $_____
> Minus Total Amount of Oustanding Checks and other debits $_____*
> Minus Service Charges     $_____
> Ending Balance per Check Register     $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: _____      Case Number: _____

Reporting Period beginning _____      Period ending _____

NAME OF BANK: _____      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                    _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                       _____(a)
Sales & Use Taxes Paid                                   _____(b)
Other Taxes Paid                                         _____(c)
TOTAL                                                    _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____ (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| HOTEL PETTY CASH | | 1000 — | |
| BAR BANKS | | 350 — | |
| GRILL BANK | | 50 — | |

**TOTAL**                                    $ 1400 — (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation** _____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $ _____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
   amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
   MOR-2, Line 7).

MOR-16

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: SEASPRAY          Case Number: _____

Reporting Period beginning _____          Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| STATE TAX | APR 1120 | SALES TAX | 7927.52 | | |
| TAX COLLECTOR | APR 20 | OCC. TAX | 5645.04 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                    $ _____

MOR-17

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| | | _____ | _____ |

---

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

---

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-18

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.