UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No. 15-19002-EPK

**SHIRLEY J. HOLMAN,**                                               Chapter 13

           **Debtor .**
_____/

**AMENDED MOTION FOR SANCTIONS IN THE FORM OF DISGORGEMENT
PURSUANT TO 11 U.S.C. § 329 AND ADDITIONAL DISCRETIONARY RELIEF
PURSUANT TO 11 U.S.C. § 105**
[re: ECF #37]

      Debtor, SHIRLEY J. HOLMAN, through undersigned counsel, pursuant to 11 U.S.C. § 329 and 11 U.S.C. § 105, respectfully moves this Court for an order of disgorgement of fees received by Debtor's former counsel, Daniel R. Brinley, Esq., and in support thereof, states as follows:

      1.      This Chapter 13 case was filed on May 18, 2015.

      2.      Counsel for the Debtor filed a Disclosure of Compensation on May 18, 2015, indicating Debtor's agreement to pay $5,500 for counsel's services for the Chapter 13. [ECF No. 4].

      3.      Counsel for the Debtor, Daniel R. Brinley, failed to adequately represent the Debtor during the course of her Chapter 13 proceedings, including, but not limited to failure to communicate with the Debtor, failure to adequately counsel Debtor concerning her bankruptcy, failure to advise the Debtor of the consequences of the Debtor's previous filing for relief under the Bankruptcy Code and failure to take appropriate measures to protect the Debtor's interests by, for example, failing to seek extension of the automatic stay pursuant to 11 U.S.C. § 362(c)(3) [ECF No. 22].

4. For the reasons enumerated in paragraph 3, above, the fees paid to attorney Brinley were "excessive" or not reasonable pursuant to 11 U.S.C. § 329 and should, accordingly, be disgorged.

5. Debtor additionally requests the imposition of sanctions pursuant to 11 U.S.C. § 105 in the form of a monetary award should the Court find that the facts and circumstances of this matter warrant the imposition of a monetary sanction beyond the amount of the disgorgement requested herein.

**WHEREFORE**, Debtor, Shirley Holman, respectfully requests entry of an order of disgorgement, requiring former counsel, Daniel R. Brinley, to disgorge to the Debtor any and all attorneys' fees paid to him prior to or during the course of the Chapter 13 proceedings and for an award of any additional relief, including but not limited to additional sanctions pursuant to 11 U.S.C. § 105 as the Court may see fit based upon the circumstances of the case and for such other and further relief as the court deems appropriate.

**Dated:  June 29, 2016**

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted:

Steven S. Newburgh, Esq.
**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Email:  snewburgh@mclaughlinstern.com
*Counsel for Debtor, Shirley J. Holman*

By: */s/ Steven S. Newburgh*
 **STEVEN S. NEWBURGH, ESQ.**
 Fla. Bar No. 348619

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing was served this 29th day of June, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties who were not otherwise served electronically through the Court's CM/ECF system.

                                                 /s/ Steven S. Newburgh
                                                  STEVEN S. NEWBURGH
                                                  Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 15-19002-EPK

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel R. Brinley     daniel@brinleylaw.com, brinleylawecf@gmail.com
- Jeffrey S Fraser     bkfl@albertellilaw.com
- Scott C Lewis     bkfl@albertellilaw.com
- Steven S Newburgh     snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Steven Sarrell     steven@sarrelllaw.com
- Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)